```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 07 B 20321
   OTIS L DAUGHRITY
                                               CHAPTER 13

                                               JUDGE: SUSAN PIERSON SONDERBY
        Debtor
   SSN XXX-XX-0355


------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 10/31/2007 and was confirmed 01/02/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 04/17/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
------------------------------------------------------------------------------
ALICIA DAUGHRITY           NOTICE ONLY     NOT FILED            .00           .00
IL STATE DISBURSEMENT UN   NOTICE ONLY     NOT FILED            .00           .00
HOUSEHOLD BANK             UNSECURED       NOT FILED            .00           .00
HSBC NEVADA                UNSECURED       NOT FILED            .00           .00
BEST BUY                   UNSECURED       NOT FILED            .00           .00
CITY OF CHICAGO DEPT OF    UNSECURED         5020.00            .00           .00
HOUSEHOLD RETAIL           NOTICE ONLY     NOT FILED            .00           .00
HOUSEHOLD AUTOMOTIVE FIN   NOTICE ONLY     NOT FILED            .00           .00
HSBC CARSON                UNSECURED       NOT FILED            .00           .00
DIRECTV                    UNSECURED       NOT FILED            .00           .00
NICOR GAS                  UNSECURED          142.20            .00           .00
TCF BANK                   UNSECURED       NOT FILED            .00           .00
TCF BANK                   UNSECURED       NOT FILED            .00           .00
RMI/MCSI                   UNSECURED           95.00            .00           .00
ISAC                       UNSECURED         6917.87            .00           .00
SALLIE MAE                 UNSECURED       NOT FILED            .00           .00
SALLIE MAE                 UNSECURED       NOT FILED            .00           .00
SALLIE MAE                 UNSECURED       NOT FILED            .00           .00
VERIZON WIRELESS           UNSECURED          946.66            .00           .00
VERIZON WIRELESS           UNSECURED       NOT FILED            .00           .00
COMMONWEALTH EDISON        UNSECURED       NOT FILED            .00           .00
CREDIT COLLECTION SERVIC   UNSECURED       NOT FILED            .00           .00
PEOPLES GAS LIGHT & COKE   UNSECURED       NOT FILED            .00           .00
TCF BANK                   UNSECURED       NOT FILED            .00           .00
IL STATE DISBURSEMENT UN   PRIORITY         15012.39            .00           .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY      3,493.00                        65.52
TOM VAUGHN                 TRUSTEE                                           4.48
DEBTOR REFUND              REFUND                                             .00

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                            RECEIPTS         DISBURSEMENTS

                   PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 20321 OTIS L DAUGHRITY
```

```
--------------------------------------------------------------------------------
TRUSTEE                                         70.00

PRIORITY                                                                  .00
SECURED                                                                   .00
UNSECURED                                                                 .00
ADMINISTRATIVE                                                          65.52
TRUSTEE COMPENSATION                                                     4.48
DEBTOR REFUND                                                             .00
                                        ---------------     ---------------
TOTALS                                          70.00               70.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                      /s/ Tom Vaughn
    Dated: 07/23/08                   _____
                                      TOM VAUGHN
                                      CHAPTER 13 TRUSTEE






                              PAGE   2
        CASE NO. 07 B 20321 OTIS L DAUGHRITY